FROM CHAMBERS
JUL 2 1996
USBC - NDTX

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ENTERED
NOF... D ST...
2 ...
TAWANA C. MARSHALL, CLERK
By_____
Deputy

In Re: MRS. BAIRD'S BAKERIES, INC., §
     Debtor      §
             §
             §
Taxpayer ID No. 75-0751601   §
             §

Case No. 496-41314-MT-11

CHAPTER 11

FILED IN
COURT OF APPEALS
JUL 3 1 1996
MARIA SANCHEZ, Cler

## ORDER

The Motion For Relief From Stay made by Carl and June Grunden having come on for hearing before this court, and the court, having read the papers and heard the arguments of counsel, is of the opinion that the Motion should be granted to the extent set forth below;

IT IS THEREFORE ORDERED that the Stay of the Bankruptcy of Mrs. Baird's Bakeries, Inc. is lifted for the limited purposes of allowing the Court of Appeals, Fifth District of Texas at Dallas, to proceed with its consideration and determination of the appeal in the matter of *Grunden v. Mrs. Baird's Bakeries, Inc.* (Case No. 05-95-01530-CV).

July 2, 1996

_____
Presiding Judge

96    31st    July

314